JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RETURN OF SEIZED PROPERTY, <br><br>_____ <br><br> JAVIER MARQUEZ, et al., <br><br> Movants, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Respondents. <br> _____ | Case No. CV 15-7264 FMO (AJWx) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 5th day of July, 2016.

/s/
Fernando M. Olguin
United States District Judge